IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| KEDRIEN BOOKER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:25-CV-43-RWS-JBB |
| CAROLE EHLER, *et al.*, | § § § | |
| Defendants. | § | |

### ORDER

Plaintiff Kedrien Booker, an inmate currently confined in the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights lawsuit. Docket No. 1. Plaintiff complains of alleged deprivations of his constitutional rights during his confinement in the Bowie County Correctional Center. *Id.* at 3–4. The case was referred to United States Magistrate Judge J. Boone Baxter in accordance with 28 U.S.C. § 636.

On October 30, 2025, the Magistrate Judge issued a report and recommendation, recommending that Plaintiff's motion for temporary restraining order or preliminary injunction (Docket No. 5) be denied. Docket No. 12 at 4. Plaintiff received a copy of the Report and Recommendation on November 5, 2025, but filed no objections. *See* Docket No. 14. Because no objections have been received, Plaintiff is barred from *de novo* review by the District Judge of the Magistrate Judge's proposed findings, conclusions and recommendations. *Arriaga v. Laxminarayan*, No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021). Moreover, except upon grounds of plain error, an aggrieved party is barred from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See id.*; *Duarte v. City of Lewisville*, 858 F.3d 348, 352 (5th Cir. 2017).

The Court has reviewed the pleadings in the above-captioned case and the Report and

Recommendation of the Magistrate Judge. Upon such review, the Court has determined that the Report and Recommendation of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (where no objections to a magistrate judge's report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the Report and Recommendation of the Magistrate Judge (Docket No. 12) is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Plaintiff's motion for temporary restraining order or preliminary injunction (Docket No. 5) is **DENIED**.

**So ORDERED and SIGNED this 12th day of December, 2025.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE