**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| KEDRIEN BOOKER,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLE EHLER, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO. 5:25-CV-43-RWS-JBB |
| KEDRIEN BOOKER,<br><br>    Plaintiff,<br><br>v.<br><br>CLEMENTO AMEH, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO. 5:25-CV-150-RWS-JBB |
| KEDRIEN BOOKER,<br><br>    Plaintiff,<br><br>v.<br><br>TAMMIE NEWSOME, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO. 5:25-CV-151-RWS-JBB |

## **ORDER**

Plaintiff Kedrien Booker, proceeding *pro se*, filed the above-referenced civil rights lawsuits under 42 U.S.C. § 1983, complaining of alleged deprivations of his constitutional rights. The cases were referred to the United States Magistrate Judge J. Boone Baxter in accordance with 28 U.S.C. § 636.

On January 12, 2026, the Magistrate Judge issued a report and recommendation in each

case, recommending the cases be dismissed without prejudice for failure to prosecute or to obey an order of the Court. No. 5:25-cv-43, Docket No. 17; No. 5:25-cv-150, Docket No. 11; No. 5:25-cv-151, Docket No. 13. Plaintiff received copies of the Reports and Recommendations on January 20, 2026,[1] but he has filed no objections to date. Because no objections have been received, Plaintiff is barred from *de novo* review by the District Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *Duarte v. City of Lewisville*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court has reviewed the pleadings in these cases and the Reports and Recommendations of the Magistrate Judge. Upon such review, the Court has determined that the Reports and Recommendations of the Magistrate Judge are correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (where no objections to a magistrate judge's report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the Reports and Recommendations of the Magistrate Judge (No. 5:25-cv-43, Docket No. 17; No. 5:25-cv-150, Docket No. 11; No. 5:25-cv-151, Docket No. 13) are **ADOPTED** as the opinions of the District Court. It is further

**ORDERED** that the above-styled civil actions are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute or to obey an order of the Court.

---

[1] No. 5:25-cv-43, Docket No. 18; No. 5:25-cv-150, Docket No. 12; No. 5:25-cv-151, Docket No. 15.

So **ORDERED and SIGNED** this 6th day of March, 2026.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE